IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JACKY LEE ROBINSON, Jr., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv815 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| WILLIAM ELEBY, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on July 24, 2008 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 13, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is DISMISSED without prejudice.  *See* Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.

                                                                                                                                                            s/Susan J. Dlott
                                                                                                                                                           Susan J. Dlott
                                                                                                                                                           United States District Judge